# EXHIBIT A - TABLE OF CONTENTS

Page

I. INTRODUCTION ...................................................................................................2
II. JURISDICTION & VENUE ...................................................................................4
III. PARTIES .................................................................................................................4
IV. ALLEGATIONS OF FACT ....................................................................................8
    Arizona Occurrence: June 6, 2019 ........................................................................ 10
    Illinois Occurrence: June 9, 2019 .......................................................................... 18
V. CLAIMS FOR RELIEF ........................................................................................27
    Request for Judicial Notice ....................................................................................28
    Supremacy Clause ..................................................................................................29
    Sensitive Security Information ...............................................................................32
    IMPERMISSIBLE CONSTRUCTION: 49 U.S.C. § 44901 ..........................33
    Law of Non-Contradiction......................................................................................35
    Unconstitutional Conditions ...................................................................................46
    Outrageous Conduct ...............................................................................................54
    Abnormally Dangerous Activity.............................................................................78
    WRIT OF DIGITAL HABEAS CORPUS: 28 U.S.C. § 2241.........................83
    SAFETY ACT: 6 U.S.C. § 441 *et seq*........................................................................85
    SAFETY RISK: 49 C.F.R. PART 1540......................................................................90
    Claim 1: Arizona - Conversion ..............................................................................97
    Claim 2: Illinois - Conversion ..............................................................................101
    Claim 3: Arizona – Trespass Upon Chattels ........................................................ 103
    Claim 4: Arizona – IIED....................................................................................... 106
    Claim 5: Arizona – Intrusion Upon Seclusion ..................................................... 111
    Claim 6: Illinois – Intrusion Upon Seclusion ......................................................114
    Claim 7: Illinois – Public Disclosure of Private Facts .............................................117
    Claim 8: Illinois – IIED........................................................................................120
    Claim 9: Illinois – NIED .....................................................................................124

Claim 10: Arizona – Products Liability – Defendant L3 .......................... 138

Claim 11: Arizona – In-Concert Liability – Defendant PMGAA............... 142

Claim 12: Arizona – In-Concert Liability – Defendant Allegiant ............. 147

Claim 13: Illinois – Products Liability – Defendant L3 ...........................155

Claim 14: Illinois – In-Concert Liability – Defendant MAAP ................. 160

Claim 15: Illinois – In-Concert Liability – Defendant Allegiant .............. 163

CONTINUING VIOLATIONS THEORY...................................................173

Claim 16: *Bivens* – In-Concert Liability – Defendant Pistole ...................177

Claim 17: *Bivens* – In-Concert Liability – Defendant Neffenger ............. 180

BIOMETRIC INFORMATION PRIVACY ACT ........................................ 182

Claim 18: Illinois – FTCA/BIPA Section 15 (a) and (b) .......................... 183

Claim 19: Illinois – FTCA/BIPA Section 15 (c) and (d) ...........................191

Claim 20: Illinois – BIPA – Supplemental Jurisdiction ......................... 194

ABNORMALLY DANGEROUS ACTIVITY ............................................. 196

Restatement (2d) of Torts § 520 Six Factor Balancing Test .................... 197

State-Created Danger Exception Test ...................................................202

Claim 21: Arizona – Strict Liability....................................................... 213

Claim 22: Illinois – Strict Liability........................................................ 213

Claim 23: Americans with Disabilities Act ............................................ 215

Claim 24: Rehabilitation Act ................................................................ 221

Claim 25: United States Constitution ....................................................224

VI.  CONSTITUTIONAL CHALLENGE: 49 U.S.C. § 46110 .......................... 231

Inescapable-Intertwinement Inquiry: 49 U.S.C. § 46110 ....................... 241

CONTRAPOSITION: Duty to Warn of an Extralegal Process.................245

VII. PRAYER FOR RELIEF..........................................................................247

CERTIFICATE OF CONFORMANCE ...........................................................250

EXHIBIT A - TABLE OF CONTENTS........................................................... 251

ATTACHMENT 1: D. Ariz. Case No. 2:19-cv-05887-DGC, Doc. 19 ........................

ATTACHMENT 2: CD. IL. Case No. 1:20-cv-01280-JBM-JEH, Doc. 43-1 .............