



**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

- Expected delivery
- Most domestic sh
- USPS Tracking®
- Limited internatio
- When used intern

*Insurance does not cov
Domestic Mail Manual a
** See International Mail

**FLAT RA**
ONE RATE ■ AN

**TRACKED**

PS00001000...

OD: 12 1/2 x 9 1/2    USPS.COM/PICKUP

---

**UNITED STATES POSTAL SERVICE.**        Retail

**US POSTAGE PAID**
**P**    **$8.95**
Origin: 34230
05/16/22
1184300300-04

**PRIORITY MAIL 1-DAY®**

0 Lb 4.60 Oz
1006

EXPECTED DELIVERY DAY: 05/17/22

C038

SHIP TO:
801 N FLORIDA AVE
TAMPA FL 33602-3849

USPS TRACKING® #



9505 5144 0353 2136 7250 24

---

**FROM:**

Michael Muir
1871 Laurel St.
Unit B
Sarasota, FL 34236

**TO:**

Clerk, U.S. District Court
801 North Florida Ave.
Tampa, FL 33602