

**1st Street Credit Union**
1558 1st Street • Sarasota, FL 34236

Muir, Michael
8:22-cv-01110

Clerk, U.S. District Court
801 North Florida Avenue
Tampa, FL 33602
p. 813-301-5400



# 1st Street Credit Union

*Here to fulfill Your Dreams…*

Savings • Checking • On-Track Checking
Auto Loans • Personal Loans • Mortgage Loans
Credit Cards • Online Banking • Mobile Banking • Shared Branching
Money Orders • Wire Transfers • Coin Exchange Machine
and much more

www.1streetcu.com • 941.953.6744


