## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:22-CV-01110-MSS-CPT

Plaintiffs:
**MICHAEL MUIR**

vs.

Defendant:
**UNITED STATES, ET AL.**

For:
MICHAEL MUIR, ESQ.
P.O. BOX 1791
SARASOTA, FL 34230

Received by NOLAN PROCESS SERVERS, LLC on the 24th day of May, 2022 at 2:55 pm to be served on **ALLEGIANT AIR LLC C/O CORPORATION SERVICE COMPANY, AS REG. AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **25th day of May, 2022** at **8:40 am**, I:

**CORPORATE / LLC:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL, CHALLENGE TO THE CONSTITUTIONALITY OF 49 U.S.C. 46110, DECLARATORY RELIEF REQUESTED, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF REQUESTED, TABLE OF CONTENTS; DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT; DECLARATION OF GEORGE SALIMBAS WITH EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **MONALISA HART** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of ALLEGIANT AIR LLC C/O CORPORATION SERVICE COMPANY, AS REG. AGENT at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: BLACK, Height: 5'6", Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2022007390

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Michael Muir <br><br> *Plaintiff(s)* <br> v. <br> United States, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:22-cv-01110-MSS-CPT |

Date: 5/25/22  Time: 8:14a
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALLEGIANT AIR LLC
Serve at:
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Muir
P.O. Box 1791
Sarasota, FL 34230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
SarahGardner

Date: May 18, 2022

*Signature of Clerk or Deputy Clerk*