# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, ) | |
| ) | 8:22-cv-01110 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES; et al. ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF APPEARANCE OF ATTORNEY

Please take notice that, without waiving any rights or defenses, or conceding personal jurisdiction, the undersigned will appear as counsel for the Defendant, ALLEGIANT AIR, LLC, in the above-referenced proceeding.

Dated: June 15, 2022            Respectfully submitted,


KMA ZUCKERT LLC

*/s/ Nicholas E. Pantelopoulos*
One of the Attorneys for Defendant,
ALLEGIANT AIR, LLC

Nicholas E. Pantelopoulos
Bar ID : 0103751
KMA ZUCKERT LLC
355 Alhambra Circle, Suite 1201
Coral Gables, Florida 33134
Telephone: (305) 506-2052
Facsimile: (305) 675-7606
nep@kmazuckert.com

*-and-*

Keith S. Yamaguchi
(*pro hac vice application to be filed*)
Marnie A. Holz
(*pro hac vice application to be filed*)
KMA ZUCKERT LLC
200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
Telephone: (312) 345-3000
Facsimile: (312) 345-3119
kyamaguchi@kmazuckert.com
mholz@kmazuckert.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com

/s/ Nicholas E. Pantelopoulos

2