IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, | ) |
| | )    8:22-cv-01110 |
| *Plaintiff*, | ) |
| v. | ) |
| UNITED STATES; et al. | ) |
| *Defendants*. | ) |

**STIPULATION REGARDING ALLEGIANT AIR, LLC'S EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Allegiant Air, LLC ("Allegiant"), and Plaintiff Michael Muir have conferred in good faith via telephone on June 14, 2022, concerning Allegiant's request for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint and hereby Stipulate that the deadline for Allegiant's responsive pleading is extended 45 days, until Monday, **August 1, 2022**.

**IT IS SO STIPULATED.**

Dated: June 14, 2022          By:    KMA ZUCKERT LLC

*/s/Nicholas E. Pantelopoulos*
One of the Attorneys for Defendant,
ALLEGIANT AIR, LLC

Nicholas E. Pantelopoulos
Bar ID : 0103751
KMA ZUCKERT LLC
355 Alhambra Circle, Suite 1201

        Coral Gables, Florida 33134
        Telephone: (305) 506-2052
        Facsimile: (305) 675-7606
        nep@kmazuckert.com

           *-and-*

        Keith S. Yamaguchi
        (*pro hac vice application to be filed)*
        Marnie A. Holz
        (*pro hac vice application to be filed*)
        KMA ZUCKERT LLC
        200 W. Madison Street, 16th Floor
        Chicago, Illinois 60606
        Telephone: (312) 345-3000
        Facsimile: (312) 345-3119
        kyamaguchi@kmazuckert.com
        mholz@kmazuckert.com

Dated: June 14, 2022          By:   MICHAEL MUIR, *PRO SE*

        _s/Michael Muir_____
        Michael Muir
        P.O. Box 1791
        Sarasota, FL 34230
        (712) 309-6121
        muirone@yahoo.com

**ENTERED**.

        _____
        United States District Judge