IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, | ) |
| | )    8:22-cv-01110 |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES; et al. | ) |
| | ) |
| *Defendants*. | ) |

**L3HARRIS TECHNOLOGIES, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT AND SUPPORTING
MEMORANDUM OF LAW**

Defendant, L3HARRIS TECHNOLOGIES, INC. ("L3Harris"), by and through its attorneys, brings this **UNOPPOSED MOTION** for a 45-day extension of time to respond to Plaintiff's Complaint, and in support thereof states the following:

1. Plaintiff Michael Muir filed the instant Complaint on May 13, 2022. The Complaint is 250 pages long, names 16 defendants (in addition to 10 unknown Jane Does) and seeks more than $1,000,000,000 is total damages. ECF 1.

**Note Regarding Related Cases**

2. Mr. Muir asks the Court to "take judicial notice of the public court documents containing Defendants' pleadings in District of Arizona Case No. 2:19-cv-05887-DGC, Central District of Illinois Case No. 1:20-cv-01280-JBM-JEH, and Seventh

1

Circuit Court of Appeals Case No. 21-1312 as evidence of the facts therein…" *Id.* at ¶80.

3. Though Mr. Muir has not expressly identified the cases referenced above as "related actions" under Local Rule 1.07, L3Harris notes that the actions are indeed related. See, *e.g.*, Mr. Muir's argument that his current claims are proper under a "Continuing Violations Theory." *Id.* at ¶¶495 – 505.

## Request for Extension of Time

4. Analyzing Mr. Muir's newly filed 250-page Complaint requires thorough consideration of numerous issues and potential legal defenses.

5. L3Harris respectfully requests a 45-day extension to file its responsive pleading to Mr. Muir's Complaint.

6. At the time of this writing, the docket reflects that of the 15 other named Defendants, only Allegiant Air, LLC has been served. Thus, granting a 45-day extension to L3Harris would cause no prejudice to any party.

## Local Rule 3.01(g) Certification

7. L3Harris hereby certifies under Local Rule 3.01(g) that the instant motion is unopposed.

8. On June 14, 2022, counsel for L3Harris spoke with Mr. Muir via telephone and asked whether he intended to oppose the instant motion for extension. Mr. Muir

stated that he would not oppose the instant motion and agreed to an extension of 45 days for L3Harris to file its responsive pleading.

WHEREFORE, for the foregoing reasons, Defendant L3HARRIS TECHNOLOGIES, INC. respectfully requests that this Court grant a 45-day extension of time to file a response to Mr. Muir's Complaint, and for such further relief as the Court may deem just.

## SUPPORTING MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1)(A) states in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

For the above reasons, Defendant L3HARRIS TECHNOLOGIES, INC. respectfully requests that its Motion be granted.

        Respectfully submitted,

        RUMBERGER, KIRK & CALDWELL, P.A.

        */s/ Michael L. Forte*
        Michael L. Forte
        Florida Bar No. 0592161
        RUMBERGER, KIRK & CALDWELL, P.A.
        100 North Tampa Street, Suite 2000
        Post Office Box 3390
        Tampa, Florida 33601-3390
        Telephone: (813) 223-4253
        Telecopier: (813) 221-4752
        mforte@rumberger.com

        One of the Attorneys for Defendant,
L3HARRIS TECHNOLOGIES, INC.

and

Michael G. McQuillen
Christopher J. Raistrick
Richard C. Harris
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860
mmcquillen@amm-law.com
craistrick@amm-law.com
rharris@amm-law.com
*pro hac vice application(s) forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230

*/s/ Michael L. Forte*_____
Counsel for Defendant
L3HARRIS TECHNOLOGIES, INC
