IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, | ) |
|     *Plaintiff*, | )    8:22-cv-01110 |
| v. | ) |
| UNITED STATES; et al. | ) |
|     *Defendants*. | ) |

**NOTICE OF A RELATED ACTION**

1. Pursuant to United States District Judge Scriven's June 15, 2022 Order, *see* [ECF 9], and Local Rule 1.07(c), Plaintiff Michael Muir ("Muir") hereby affirms that he has no related actions pending in the Middle District of Florida or elsewhere.

2. With regard to Defendant L3Harris' assertion that, under Local Rule 1.07, "the actions are indeed related" *see* [ECF 8], *see* [ECF 1, ¶80], and Defendant Allegiant's joining in that assertion, *see* [ECF 10], Muir disagrees.

3. District of Arizona Case No. 2:19-cv-05887-DGC was terminated on August 14, 2020 by United States District Judge David G. Campbell, *see* [Doc. 28]; Central District of Illinois Case No. l:20-cv-01280-JBM-JEH was terminated on January 22, 2021 by United States District Judge Joe Billy McDade, *see* [Doc. 46]; and Seventh Circuit Court of Appeals Case No. 21-1312 was decided on August 26, 2021, *see* [Doc. 24, 25].

4. Muir hereby affirms that none of the three above-referenced closed cases (which are the subject of Muir's Rule 201 Request for Judicial Notice, *see* [ECF 1, ¶79, ¶80]) are "pending".

5. Therefore, because none of the three above-referenced closed cases are "pending", none of the three above-referenced actions can be or are "related actions pending" under Local Rule 1.07(c).

Dated: June 17, 2022                    By:   MICHAEL MUIR, *PRO SE*


_s/Michael Muir_____
Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com