IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, ) | |
| ) | 8:22-cv-01110 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES; et al. ) | |
| ) | |
| *Defendants*. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Michael Muir's "Complaint and Demand for a Jury Trial, Challenge to the Constitutionality of 49 U.S.C. § 46110, Declaratory Relief Requested, Preliminary and Permanent Injunctive Relief Requested" in the above captioned action was mailed by Certified U.S. mail and delivered to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C. 20530
Certified Mail No. 7022 0410 0002 6840 5153
Mailed: May 25, 2022    Delivered: May 31, 2022

United States Attorney's Office, Middle District of Florida
Attn: Civil Process Clerk
400 North Tampa St.
Suite 3200
Tampa, FL 33602
Certified Mail No. 7022 0410 0002 6840 5160
Mailed: May 25, 2022    Delivered: May 27, 2022

United States House of Representatives
Clerk
U.S. Capitol
Room H154
Washington, DC 20515-6601
Certified Mail No. 7022 0410 0002 7029 0310
Mailed: June 14, 2022   Delivered: June 17, 2022

Office of the General Counsel
MS 0485
Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
Washington D.C. 20528-0485
Certified Mail No. 7022 0410 0002 7029 2475
Mailed: June 24, 2022   Delivered: June 27, 2022

United States Transportation Security Administration
Chief Counsel
6595 Springfield Center Drive
Springfield, VA 20598-6002
Certified Mail No. 7022 0410 0002 7029 2468
Mailed: June 24, 2022   Delivered: June 27, 2022

United States Department of Energy
1000 Independence Ave., SW
Washington, DC 20585
Certified Mail No. 7022 0410 0002 7029 2444
Mailed: June 24, 2022   Delivered: June 27, 2022


Dated: June 27, 2022                By:   MICHAEL MUIR, *PRO SE*


                                    _s/Michael Muir_____
                                    Michael Muir
                                    P.O. Box 1791
                                    Sarasota, FL 34230
                                    (712) 309-6121
                                    muirone@yahoo.com