IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, | ) |
|     *Plaintiff*, | )    8:22-cv-01110 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES; et al. | ) |
| | ) |
|     *Defendants*. | ) |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2.02, and, without waiving any rights or defenses, or conceding personal jurisdiction, Defendant Allegiant Air, LLC ("Allegiant"), by and through its attorneys, moves this Court for an order allowing Keith S. Yamaguchi to appear in this Court as counsel on its behalf in the above-styled lawsuit. In support of this **UNOPPOSED MOTION**, Allegiant states the following:

1.  Mr. Keith S. Yamaguchi practices with the law firm of KMA Zuckert LLC, located at 200 W. Madison Street, 16th Floor, Chicago, Illinois 60606, Telephone: (312) 345-3000, kyamaguchi@kmazuckert.com, counsel for Allegiant.

2.  Mr. Yamaguchi is a member of good standing of the Illinois Bar and is admitted to practice before the following courts: The State of Illinois Supreme

Court, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Northern District of Illinois, and United States District Court for the Central District of Illinois. Mr. Yamaguchi does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

3. In the last thirty-six months, Mr. Yamaguchi has appeared *pro hac vice* in the following state or federal court in Florida:

   a. *Dean, et al. v. Dometic Corporation, et al.*, Case No. 5:19-cv-00547-JSM-PRL, United States District Court for the Middle District of Florida.

4. Mr. Yamaguchi is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Nicholas E. Pantelopoulos and the law firm of KMA Zuckert LLC, 355 Alhambra Circle, Suite 1201, Coral Gables, Florida 33134, have been designated as counsel for Allegiant, upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of non-resident counsel.

6. Through his signature affixed below, Nicholas E. Pantelopoulos of the law firm of KMA Zuckert LLC hereby consents to such designation.

7.  Pursuant to Local Rule 2.02(a), Nicholas E. Pantelopoulos certifies that Mr. Yamaguchi will comply with the fee and e-mail registration requirements of Local Rule 2.01(d).

## Local Rule 3.01(g) Certification

8.  Allegiant hereby certifies under Local Rule 3.01(g) that the instant motion is unopposed.

9.  On July 1, 2022, counsel for Allegiant spoke with Mr. Muir via telephone and confirmed that Mr. Muir does not oppose the entry of an order granting this motion.

WHEREFORE, Defendant Allegiant Air, LLC, respectfully requests this Court to enter an order admitting Keith S. Yamaguchi to practice before this Court *pro hac vice*.

## SUPPORTING MEMORANDUM OF LAW

Local Rule 2.02 provides for the Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice complies with the requirements of Local Rule 2.02.

Dated: July 1, 2022                    Respectfully submitted,

                                       KMA ZUCKERT LLC

                                       */s/Nicholas E. Pantelopoulos*
                                       One of the Attorneys for Defendant,
                                       ALLEGIANT AIR, LLC

                                       Nicholas E. Pantelopoulos

3

                Bar ID : 0103751
                KMA ZUCKERT LLC
                355 Alhambra Circle, Suite 1201
                Coral Gables, Florida 33134
                Telephone: (305) 506-2052
                Facsimile: (305) 675-7606
                nep@kmazuckert.com

                *-and-*

                Keith S. Yamaguchi
                Marnie A. Holz
                (*pro hac vice application to be filed*)
                KMA ZUCKERT LLC
                200 W. Madison Street, 16th Floor
                Chicago, Illinois 60606
                Telephone: (312) 345-3000
                Facsimile: (312) 345-3119
                kyamaguchi@kmazuckert.com
                mholz@kmazuckert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com

                */s/ Nicholas E. Pantelopoulos*