# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, | ) |
|     *Plaintiff*, | )    8:22-cv-01110 |
| v. | ) |
| UNITED STATES; et al. | ) |
|     *Defendants*. | ) |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2.02, and, without waiving any rights or defenses, or conceding personal jurisdiction, Defendant Allegiant Air, LLC ("Allegiant"), by and through its attorneys, moves this Court for an order allowing Marnie A. Holz to appear in this Court as counsel on its behalf in the above-styled lawsuit. In support of this **UNOPPOSED MOTION**, Allegiant states the following:

1. Ms. Marnie A. Holz practices with the law firm of KMA Zuckert LLC, located at 200 W. Madison Street, 16th Floor, Chicago, Illinois 60606, Telephone: (312) 345-3000, mholz@kmazuckert.com, counsel for Allegiant.

2. Ms. Holz is a member of good standing of the Illinois Bar and is admitted to practice before the following courts: The State of Illinois Supreme Court, United States Court of Appeals for the Seventh Circuit, United States District

Court for the Northern District of Illinois, and United States District Court for the Central District of Illinois. Ms. Holz does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

3. In the last thirty-six months, Ms. Holz has not appeared in state or federal court in Florida.

4. Ms. Holz is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Nicholas E. Pantelopoulos and the law firm of KMA Zuckert LLC, 355 Alhambra Circle, Suite 1201, Coral Gables, Florida 33134, have been designated as counsel for Allegiant, upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of non-resident counsel.

6. Through his signature affixed below, Nicholas E. Pantelopoulos of the law firm of KMA Zuckert LLC hereby consents to such designation.

7. Pursuant to Local Rule 2.02(a), Nicholas E. Pantelopoulos certifies that Ms. Holz will comply with the fee and e-mail registration requirements of Local Rule 2.01(d).

## Local Rule 3.01(g) Certification

8.  Allegiant hereby certifies under Local Rule 3.01(g) that the instant motion is unopposed.

9.  On July 1, 2022, counsel for Allegiant spoke with Mr. Muir via telephone and confirmed that Mr. Muir does not oppose the entry of an order granting this motion.

WHEREFORE, Defendant Allegiant Air, LLC, respectfully requests this Court to enter an order admitting Marnie A. Holz to practice before this Court *pro hac vice*.

## SUPPORTING MEMORANDUM OF LAW

Local Rule 2.02 provides for the Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice complies with the requirements of Local Rule 2.02.

Dated: July 1, 2022               Respectfully submitted,

KMA ZUCKERT LLC

*/s/Nicholas E. Pantelopoulos*
One of the Attorneys for Defendant,
ALLEGIANT AIR, LLC

Nicholas E. Pantelopoulos
Bar ID : 0103751
KMA ZUCKERT LLC
355 Alhambra Circle, Suite 1201
Coral Gables, Florida 33134
Telephone: (305) 506-2052
Facsimile: (305) 675-7606

                    nep@kmazuckert.com

                    *-and-*

                    Keith S. Yamaguchi
                    (*pro hac vice application pending*)
                    Marnie A. Holz
                    KMA ZUCKERT LLC
                    200 W. Madison Street, 16th Floor
                    Chicago, Illinois 60606
                    Telephone: (312) 345-3000
                    Facsimile: (312) 345-3119
                    kyamaguchi@kmazuckert.com
                    mholz@kmazuckert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com

                                    */s/ Nicholas E. Pantelopoulos*