**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| MICHAEL MUIR, | ) | |
| | ) | 8:22-cv-01110 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES; et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Pursuant to Local Rule 2.01, and, without waiving any rights or defenses, or conceding personal jurisdiction, Mr. Keith S. Yamaguchi, Esquire, moves this Court for an order allowing him to appear in this Court as counsel on behalf of Defendant, Allegiant Air, LLC ("LLC") in the above-styled lawsuit. In support of this **UNOPPOSED MOTION**, Mr. Yamaguchi states the following:

1.      I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.      I am a member of good standing of the Illinois Bar and I am a member in good standing of a bar of a United States District Court; specifically: United States District Court for the Northern District of Illinois and United States District Court for the Central District of Illinois.

3.      I have not abused the privilege of special admission by maintaining a

regular law practice in Florida. I have initially appeared in the last thirty-six

months in these cases in state or federal court in Florida:

> a. *Dean, et al. v. Dometic Corporation, et al.*, Case No. 5:19-cv-00547-JSM-PRL, United States District Court for the Middle District of Florida.

4.      I will comply with the federal rules and this Court's local rules.

5.      I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.      I have paid the fee for special admission or will pay the fee upon special

admission.

7.      I will register with the Court's CM/ECF system.

8.      I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/*Keith S. Yamaguchi*
Keith S. Yamaguchi
KMA ZUCKERT LLC

2

> 200 W. Madison Street, 16th Floor
> Chicago, Illinois 60606
> Telephone: (312) 345-3000
> Facsimile: (312) 345-3119
> kyamaguchi@kmazuckert.com

## Local Rule 3.01(g) Certification

I hereby certify under Local Rule 3.01(g) that the instant motion is unopposed.

On July 1, 2022, the undersigned counsel of record for Allegiant, Mr. Nicholas E. Pantelopoulos, spoke with Mr. Muir via telephone and confirmed that Mr. Muir does not oppose the entry of an order granting this motion.

Dated: July 15, 2022                    Respectfully submitted,

KMA ZUCKERT LLC

*/s/ Nicholas E. Pantelopoulos*
One of the Attorneys for Defendant,
ALLEGIANT AIR, LLC

Nicholas E. Pantelopoulos
Bar ID : 0103751
KMA ZUCKERT LLC
355 Alhambra Circle, Suite 1201
Coral Gables, Florida 33134
Telephone: (305) 506-2052
Facsimile: (305) 675-7606
nep@kmazuckert.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com

*/s/Nicholas E. Pantelopoulos*