IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MUIR,  )
  )  8:22-cv-01110
  *Plaintiff*,  )
  )
v.  )
  )
UNITED STATES; et al.  )
  )
  *Defendants.*  )

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 2.01(c), Richard C. Harris, Esquire, hereby moves for special admission to represent Defendant, L3Harris Technologies, Inc., with respect to the above-captioned matter. In support thereof, Mr. Harris states as follows:

1. I am an attorney with the law firm of Adler Murphy & McQuillen LLP, 20 South Clark Street, Suite 2500, Chicago, IL 60603.

2. I am neither a Florida resident nor a member in good standing of the Florida Bar.

3. I am a member in good standing of the bar of a United States district courts, as specifically noted below:

| Court | Date of Admission |
|---|---|
| US District Court, Eastern District of Wisconsin | 9/25/2019 |
| US District Court, Northern District of Illinois | 10/1/2019 |
| US District Court, Central District of Illinois | 9/23/2020 |

1

4. I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

5. I have not initially appeared in the last thirty-six months in any other any other cases in state or federal court in Florida.

6. I will comply with the federal rules and this Court's local rules.

7. I am familiar with 28 U.S.C. § 1927, which provides:

    Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. I have paid the fee for special admission or will pay the fee upon special admission.

9. I will register with the Court's CM/ECF system.

10. I affirm the oath, which states:

    I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Richard C. Harris
Richard C. Harris, Esq.
*Pro Hac Vice Pending*
One of the attorneys for L3Harris Technologies, Inc.

LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), on July 20, 2022, I conferred with the *pro se* Plaintiff, Mr. Michael Muir, via email regarding the instant Motion, and Mr. Muir agreed the Motion would be unopposed.

WHEREFORE, Richard C. Harris respectfully requests to be specially admitted pro hac vice before this Court with regard to the above-captioned matter.

Dated:  July 21, 2022.

>
> Respectfully submitted,
>
> */s/ Richard C. Harris*
> Richard C. Harris, Esq.
> *Pro Hac Vice Pending*
> One of the Attorneys for L3Harris Technologies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:

Michael Muir
P.O. Box 1791
Sarasota, FL 34230

        RUMBERGER, KIRK & CALDWELL, P.A.

        */s/ Michael L. Forte*
        Michael L. Forte
        Florida Bar No. 0592161
        RUMBERGER, KIRK & CALDWELL, P.A.
        100 North Tampa Street, Suite 2000
        Post Office Box 3390
        Tampa, Florida 33601-3390
        Telephone: (813) 223-4253
        Telecopier: (813) 221-4752
        mforte@rumberger.com

16910414.v1