IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MICHAEL MUIR, | ) | |
| | ) | 8:22-cv-01110 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES; et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Michael Muir's "Complaint and Demand for a Jury Trial, Challenge to the Constitutionality of 49 U.S.C. § 46110, Declaratory Relief Requested, Preliminary and Permanent Injunctive Relief Requested" and "Summons in a Civil Action" in the above captioned action were mailed by Certified U.S. Mail to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C. 20530
Certified Mail No. 7022 0410 0002 5988 0662
Mailed: August 2, 2022  Delivered: August 8, 2022

Dated: August 12, 2022         By:    MICHAEL MUIR, *PRO SE*

                                                      _s/Michael Muir_____
                                                      Michael Muir
                                                      P.O. Box 1791
                                                      Sarasota, FL 34230
                                                      (712) 309-6121
                                                      muirone@yahoo.com