## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:22-CV-01110-MSS-CPT

Plaintiff:
**MICHAEL MUIR**

vs.

Defendant:
**UNITES STATES ET AL**

For:
MICHAEL MUIR
PO BOX 1791
SARASOTA, FL 34230


DWS2022030181

Received by SEWARD INVESTIGATIONS, PROCESS AND COURIER SERVICES, INC. on the 6th day of August, 2022 at 8:51 am to be served on **UNITED STATES ATTORNEY MIDDLE DISTRICT OF FLORIDA, 400 NORTH TAMPA STREET, SUITE 3200, TAMPA, FL 33602.**

I, Donald W. Seward, being duly sworn, depose and say that on the **8th day of August, 2022 at 10:55 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, EXHIBIT A TABLE OF CONTENTS, COMPLAINT AND DEMAND FOR A JURY TRIAL, CHALLENGE TO THE CONSTITUTIONALITY OF 49 U.S.C. $46110, DECLARATORY RELIEF REQUESTED, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF REQUESTED, DEFENDANT'S REPLY IN SUPPORT OF IT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, DECLARATION OF GEORGE SALIMBAS, SAFETY ACT CERTIFICATION WITH EXHIBIT A, CERTIFICATE OF SAFETY ACT DESINATION WITH EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **KAREN PIPAS** as **PARALEGAL** at 400 NORTH TAMPA STREET, SUITE 3200, TAMPA, FL 33602 for **UNITED STATES ATTORNEY MIDDLE DISTRICT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'5", Weight: 120, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a process server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

State of Florida   County of Hillsborough

Subscribed and Sworn to before me on the 11th day of August, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Donald W. Seward
Cps #95580900

SEWARD INVESTIGATIONS, PROCESS AND COURIER SERVICES, INC.
4532 W. Kennedy Blvd.
Ste. 255
Tampa, FL 33609-2042
(727) 895-5100

Our Job Serial Number: DWS-2022030181


Notary Public State of Florida
Loren Gayle Penry
My Commission GG 931288
Expires 11/12/2023

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.0n