IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL MUIR, ) | |
|     *Plaintiff*, ) | |
| ) | 8:22-cv-01110 |
| v. ) | |
| ) | |
| UNITED STATES; et al. ) | |
|     *Defendants*. ) | |

**DEFENDANT ALLEGIANT AIR, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND SUPPORTING MEMORANDUM OF LAW**

Defendant Allegiant Air, LLC ("Allegiant"), by and through its attorneys, and pursuant to Local Rule 3.01(d), brings this **UNOPPOSED** Motion for Leave to File a Reply in support of its Motion to Dismiss Plaintiff's Complaint, [ECF 28], and in support submits this incorporated Memorandum of Law.

**SUPPORTING MEMORANDUM OF LAW**

Plaintiff's Response to Allegiant's Motion to Dismiss and Supporting Memorandum of Law, [ECF 32], makes new allegations—namely, that Allegiant committed fraud based on one of the provisions in its Contract of Carriage—that do not appear anywhere in Plaintiff's 250-page Complaint (the "Complaint"). In his Response, Plaintiff argues that he can establish the five elements of a fraud claim based on Paragraph 125 of the Contract of Carriage that applied to the tickets he purchased in advance of his August 2018 travel between IAW and PIA. That provision is not fraudulent; and more importantly,

it was not contained in the applicable Contract of Carriage that Plaintiff agreed to when he purchased his tickets for the June 2019 travel at issue in the current proceedings. Accordingly, Allegiant respectfully requests leave to file a reply within fourteen (14) days and not to exceed seven (7) pages, inclusive of all parts, to address Plaintiff's new fraud claim raised in his Response and to submit the applicable Contract of Carriage.

### Local Rule 3.01(g) Certification

I, Marnie A. Holz, one of the attorneys for Defendant Allegiant Air, LLC, hereby certify that this Motion is unopposed. On August 30, 2022, I met and conferred with Plaintiff Michael Muir via telephone regarding Allegiant's basis for seeking leave to reply in order to address Plaintiff's claim of fraud and Plaintiff advised that he does not oppose the motion.

### CONCLUSION

WHEREFORE, for the foregoing reasons, Allegiant respectfully requests this Court to grant it leave to file a Reply in support of its Motion to Dismiss, and for such further relief deemed just.

Dated: August 31, 2022          Respectfully submitted,

KMA ZUCKERT LLC

*/s/Marnie A. Holz*
One of the Attorneys for Defendant,
ALLEGIANT AIR, LLC

Nicholas E. Pantelopoulos (Bar: 0103751)
KMA ZUCKERT LLC
355 Alhambra Circle, Suite 1201
Coral Gables, Florida 33134

Telephone: (305) 506-2052
Facsimile: (305) 675-7606
nep@kmazuckert.com

Keith S. Yamaguchi (*pro hac vice)*
Marnie A. Holz (*pro hac vice*)
KMA ZUCKERT LLC
200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
Telephone: (312) 345-3000
Facsimile: (312) 345-3119
kyamaguchi@kmazuckert.com
mholz@kmazuckert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. With a copy sent via U.S. Mail and email to: Michael Muir, P.O. Box 1791, Sarasota, FL 34230, (712) 309-6121, muirone@yahoo.com.

*/s/Nicholas E. Pantelopoulos*