# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL MUIR,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

Case No. 8:22-cv-01110-MSS-CPT

## FEDERAL DEFENDANTS' CONSENTED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

    The United States of America, on behalf of all Federal Defendants[1] in this action, hereby requests leave of Court to exceed the page limits imposed by Local Rule 3.01(a) on motions, for the reasons that follow.

    The plaintiff in this action has sued the United States of America and ten federal representatives in their individual and official capacities, along with "John Doe" defendants and a number of private and state entities. The complaint runs 250 pages in length and asserts 707 paragraphs of factual allegations. Although the structure of the complaint is not entirely clear, it asserts at least 25 counts against these many defendants.

---

[1] In addition to the United States, the Federal Defendants include the Department of Homeland Security, the Transportation Security Administration, the Department of Energy, TSA Administrator Pekoske, DHS Secretary Mayorkas, Cyber Security Director Jen Easterly, DoE Secretary Jennifer Granholm, Former TSA Administrator Neffenger, Former TSA Administrator Pistole, and TSA John Doe Supervisors in their official capacities.

The Federal Defendants intend to file two motions to dismiss in response to the complaint. One will assert arguments on behalf of Defendants Pistole and Neffenger, and the second motion will separately assert arguments on behalf of all remaining Federal Defendants.

Local Rule 3.01(a) provides that a motion may not exceed twenty five pages in length without leave of Court. The Federal Defendants will be challenged to respond to a prolix complaint of this kind within the page limits of the rule. In an effort to sufficiently brief their arguments in a way that will be helpful to the Court, defendants Pistole and Neffenger request leave to file a motion to dismiss that would exceed the limit by five pages. Similarly, the remaining federal defendants request leave to file a motion to dismiss that would exceed the page limit by three pages.

## Local Rule 3.01(g) Certificate

The undersigned conferred by email with the plaintiff concerning this request, and he responded as follows: "I would not oppose Defendants' request for leave to exceed the page limits of the local rules, but I will oppose all mentions of shotgun pleading as the Complaint cannot proceed on mere belief and information, but must include demonstrable facts, which, due to the complexity of the case and technology involved, necessitated every numbered paragraph in order to satisfy *Twombly/Iqbal* standards."

## Conclusion

The United States respectfully requests that its motion be granted, and that the Court grant leave to file two motions to dismiss in excess of the page limits of

Local Rule 3.01(a) by five and three pages, as described above.

                                                          Respectfully submitted,

                                                          ROGER B. HANDBERG
                                                          United States Attorney

By:   */s/ Lacy R. Harwell, Jr.*
       LACY R. HARWELL, JR.
       Assistant United States Attorney
       Florida Bar No. 714623
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: 813-274-6000
       Facsimile: 813-274-6200
       E-mail: randy.harwell@usdoj.gov

## Certificate of Service

I certify that on October 5, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve all registered users in this case.

                                                  */s/ Lacy R. Harwell, Jr.*
                                                  Lacy R. Harwell, Jr.
                                                  Assistant United States Attorney