IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Michael Muir,

    Plaintiff,

vs.                                          Case no. 8:22-cv-1110-MSS-CPT

United States, et al.,

    Defendants.

_____/

**FEDERAL DEFENDANTS' NOTICE OF RELATED ACTIONS**

Pursuant to Local Rule 1.07, the Federal Defendants[1] hereby serve notice that the instant case is related to the following related actions:

- District of Arizona Case No. 2:19-cv-05887-DGC;
- Central District of Illinois Case No. 1:20-cv-01280-JBM-JEH; and
- Seventh Circuit Court of Appeals Case No. 21-1312.

                                                      Respectfully submitted,

                                                      ROGER B. HANDBERG
                                                      United States Attorney

---

[1] "Federal Defendants" include the United States; Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security ("DHS"); Jen Easterly, Director, DHS Cybersecurity and Infrastructure Security Agency; David Pekoske, Administrator, Transportation Security Administration ("TSA"); John Doe, Supervisor, TSA, Phoenix-Mesa Gateway Airport; John Doe Supervisor, TSA, Peoria International Airport; Jennifer Granholm, Secretary, U.S. Department of Energy; and two former TSA Administrators, John. S. Pistole and Peter V. Neffenger, in their individual capacities.

By:    */s/ Lacy R. Harwell, Jr.*
       LACY R. HARWELL, JR.
       Assistant United States Attorney
       Florida Bar No. 714623
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: 813-274-6000
       Facsimile: 813-274-6200
       E-mail: randy.harwell@usdoj.gov

## Certificate of Service

I certify that on October 6, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve all registered users in this case.

I further certify that on October 6, 2022, I caused a true copy of the foregoing to be served by United States mail, first class postage prepaid, upon:

Michael Muir
P.O. Box 1791
Sarasota, FL  34230

       */s/ Lacy R. Harwell, Jr.*
       Lacy R. Harwell, Jr.
       Assistant United States Attorney