# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Michael Muir,

    Plaintiff,

vs.                                  Case no. 8:22-cv-1110-MSS-CPT

United States, et al.,

    Defendants.

_____/

## FEDERAL DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Filed by:

United States of America on behalf of the Federal Defendants[1]

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

United States of America
U.S. Dept. of Homeland Security
U.S. DHS Transportation Security Administration

---

[1] "Federal Defendants" include the United States; Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security ("DHS"); Jen Easterly, Director, DHS Cybersecurity and Infrastructure Security Agency; David Pekoske, Administrator, Transportation Security Administration ("TSA"); John Doe, Supervisor, TSA, Phoenix-Mesa Gateway Airport; John Doe Supervisor, TSA, Peoria International Airport; Jennifer Granholm, Secretary, U.S. Department of Energy; and two former TSA Administrators, John. S. Pistole and Peter V. Neffenger, in their individual capacities.

U.S. Dept. of Energy
Alejandro Mayorkas, Secretary, DHS
Jennifer Granholm, Secretary, DoE
David Pekoske, Administrator, TSA
Jen Easterly, Director, DHS Cybersecurity and Infrastructure Security Agency
John Doe, Supervisor, TSA, Phoenix-Mesa Gateway Airport
John Doe Supervisor, TSA, Peoria International Airport
John. S. Pistole
Peter V. Neffenger
Lacy R. Harwell, Jr., AUSA
Roger Handberg, U.S. Attorney
Phoenix-Mesa Gateway Airport Authority
Metropolitan Airport Authority of Peoria
L3Harris Technologies, Inc.
Allegiant Air, LLC
Leidos, Inc.
Battelle Memorial Institute
Michael Forte, Esq.
Rumberger, Kirk & Caldwell
Christopher Raistrick, Esq.
Richard Harris, Esq.
Adler, Murphy & McQuillen
Keith Yamaguchi, Esq.
Marnie Holz, Esq.
Nicholas Pantelopolous, Esq.
KMA Zuckert, LLC
Michael Muir

Each entity with publicly traded shares or debt potentially affected by the outcome:

None

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None

Each person arguably eligible for restitution:

None

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

None

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

> ROGER HANDBERG
> United States Attorney
>
> /s/Lacy R. Harwell, Jr.
> Lacy R. Harwell, Jr.
> Assistant United States Attorney
> Fla. Bar No. 714623
> 400 N. Tampa St., Suite 3200
> Tampa, FL  33602
> Tele. (813) 274-6000
> Randy.Harwell@usdoj.gov
>
> Counsel for Federal Defendants

10/6/2022

Certificate of Service

I hereby certify that on October 6, 2022, I caused a true copy of the foregoing to be filed with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing.

I further certify that on October 6, 2022, I caused a true copy of the foregoing to be served by United States mail, first class postage prepaid, upon:

Michael Muir
P.O. Box 1791
Sarasota, FL  34230

/s/Lacy R. Harwell, Jr.
Lacy R. Harwell, Jr.
Assistant United States Attorney