UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL MUIR,**

    Plaintiff,

v.                                          Case No: 8:22-cv-1110-MSS-CPT

**UNITED STATES OF AMERICA, ALEJANDRO MAYORKAS, JEN EASTERLY, DAVID PEKOSKE, JOHN DOE, JOHN DOE, PHOENIX-MESA GATEWAY AIRPORT AUTHORITY, METROPOLITAN AIRPORT AUTHORITY OF PEORIA, L3HARRIS TECHNOLOGIES, INC., ALLEGIANT AIR, LLC, LEIDOS, INC., BATTELLE MEMORIAL INSTITUTE, JENNIFER GRANHOLM, UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES DEPARTMENT OF ENERGY, JOHN S. PISTOLE, PETER V. NEFFENGER and UNKNOWN JANE DOE(S) 1-X,**

    Defendants.

_____

## **ORDER**

**THIS CAUSE** comes before the Court for consideration of the Federal Defendants' Motion to Stay, (Dkt. 41), and Plaintiff's response in opposition thereto. (Dkt. 42). The Federal Defendants move for a stay of this case pending the Court's

1

resolution of the motions to dismiss. (Dkt. 41). Plaintiff, who is proceeding *pro se*, has opposed the Federal Defendants' request and argues that he will suffer harm if the case is stayed. (Dkt. 42) Specifically, Plaintiff argues that if the Court stays this case then Plaintiff will be unjustly prevented from (i) moving the Court for time-sensitive and emergency injunctive relief prior to Plaintiff traveling in December 2022 via commercial airplane; and (ii) exercising his First Amendment right to petition the government for redress. (Id.)

Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **GRANTS** the Federal Defendants' Motion. The trial term and all remaining deadlines are **STAYED** pending resolution of the pending motions to dismiss. (Dkts. 27, 28, 38, and 39). Upon resolution of the above-mentioned Motions, the Court will reset the remaining case deadlines, if necessary.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of October 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2