UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MUIR,

    *Plaintiff*,

v.                                                No. 8:22-cv-01110-MSS-CPT

UNITED STATES; et al,

    *Defendants.*

---

## AMENDED NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒     **IS** related to a pending case in another federal court, as indicated below:

    U.S. Court of Appeals for the D.C. Circuit Case No. 22-1318

☐     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

s/Michael Muir

12/19/2022

Michael Muir
P.O. Box 1791
Sarasota, FL 34230
(712) 309-6121
muirone@yahoo.com